# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 15 PM 3: 19

CLERK _____ B. West
SO. DIST. OF GA.

United States of America )
                         )
vs                       )     CASE NUMBER   CR606-3
                         )
Orlejandro Marquis Smalls )
                         )

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This _/5_ day of _August_, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA